# UNITED STATED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
### (Orlando Division)

Case No. _____

UNIVERSAL KIDNEY CENTER, INC.,

    Plaintiff,

v.

Removal from Circuit Court of Orange County, Florida
CASE NO. 2023-CA-001142-O

INDEPENDENT SPECIALTY INSURANCE COMPANY,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL UNDER DIVERSITY OF CITIZENSHIP JURISDICTION 28 U.S.C. § 1441

Defendant Independent Specialty Insurance Company, by and through its undersigned counsel, hereby gives notice pursuant to 28 U.S.C. § 1441 *et seq.*, of the removal of this action from the Circuit Court of Orange County, Florida, bearing Case Number 2023-CA-001142-O, to the United States District Court for the Middle District of Florida.

## BACKGROUND

1. On February 8, 2023, Plaintiff filed a Complaint against Defendant in the Circuit Court of Orange County, Florida. *See Exhibit A*, Complaint.

1

2. Plaintiff's Complaint alleged that Plaintiff's commercial property located at 798 N. Semoran Blvd, Orlando, Florida was damaged by wind or hail damage on April 10, 2021. *See Exhibit A* at ¶ 7.

3. Plaintiff alleges that the action is for breach of contract in excess of Thirty Thousand Dollars ($50,000.00) exclusive of interest, costs, and attorney's fees, sufficient to allege jurisdiction in the circuit court, the highest trial court in Florida state court, but insufficient to support diversity jurisdiction. *See Exhibit A* at ¶ 1.

4. Notably, Plaintiff did not allege the citizenship of the parties in the Complaint. *See Exhibit A*.

5. On May 19, 2022, Plaintiff provided Defendant with a Demand, accompanying the demand was an estimate in the amount of $220,722.21. *See Exhibit B, On Your Side Public Adjusters' estimate*.

6. In the exercise of due diligence, the undersigned checked the Florida Division of Corporations and discovered Plaintiff is a Florida Corporation with its principal place of business in Florida. *See Exhibit C, 2023 Florida Profit Corporation Annual Report*.

7. This Notice of Removal is timely filed within thirty (30) days of being served with Plaintiff's Complaint and receipt of an estimate from Cohen Law Group for alleged damages to Plaintiffs' property.

## BASIS FOR REMOVAL: DIVERSITY OF CITIZENSHIP JURISDICTION

8. 28 U.S.C. § 1332(a)(1) provides the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between citizens of different States.

9. As discussed above, Plaintiff produced an estimate in the amount of $220,722.21 for damages to the subject property. Therefore, the amount of controversy clearly exceeds $75,000.00.

10. 28 U.S.C. § 1332(c)(1) provides that a corporation shall be deemed a citizen of any state in which it has been incorporated and of the state where it has its principal place of business.

11. Defendant Independent Specialty Insurance Company is a "Foreign Profit Corporation" with its place of incorporation in Delaware and principal place of business in the State of Delaware. *See Exhibit D, 2023 Foreign Profit Corporation Annual Report.*

12. Therefore, diversity of citizenship exists, since Plaintiff is a citizen of Florida and Defendant is a citizen of Delaware.

13. 28 U.S.C. § 1441(a) provides in pertinent part "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court

of the United States for the district and division embracing the place where such action is pending."

14. Since there is complete diversity between Plaintiff and Defendant, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interests and costs, this is a case subject to the original jurisdiction of the Court under 28 U.S.C. § 1332, and this cause may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

15. Venue is proper in the United States District Court for the Middle District of Florida (Orlando Division) because the underlying state court case is currently pending before the Ninth Judicial Circuit in and for Orange County, Florida.

16. A complete copy of all process, pleadings, and orders in the Circuit Court of Orange County, Florida in Case No. 2023-CA-001142-O, as required by 28 U.S.C. § 1446(a) is attached hereto as "*Exhibit E*," Index of Record.

17. In compliance with 28, U.S.C. § 1446(a), counsel for Defendant has also provided a written Notice of Removal to the Circuit Court of Orange County, Florida, a copy of which is attached to this Notice of Removal as "*Exhibit F*."

WHEREFORE Defendant Independent Specialty Insurance Company respectfully requests that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Florida (Orlando Division).

Date: May 22, 2023    Respectfully submitted,

By:  /s/ *Isaiah Floyd*
Isaiah K. Floyd, Esq. (Fla. Bar No. 117717)
Brian P. Henry, Esq. (Fla. Bar No. 89069)
ROLFES HENRY CO., LPA
5577 Broadcast Court
Sarasota, Florida  34240
T:  (941) 684-0100
F:  (941) 684-0109
E:  ifloyd@rolfeshenry.com
E:  dnelson@rolfeshenry.com
E:  bhenry@rolfeshenry.com
E:  kmcclintock@rolfeshenry.com

*Attorneys for Defendant*
*Independent Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a notice of electronic filing to all parties of record, this May 22, 2023.

Jared McElwee, Esq.
(Fla. Bar No. 1010553)
COHEN LAW GROUP
350 N. Lake Destiny Rd.
Maitland, FL 32751
T: 407-478-4878
F: 407-478-0204
E: jmcelwee@itsaboutjustice.law
E: josue@itsaboutjustice.law

*Attorney for Plaintiff*

/s/ *Isaiah K. Floyd*_____
Isaiah K. Floyd, Esq. (Fla. Bar No. 117717)